JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL GIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-CR-00037-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| ) | |
| v. ) | |
| ) | |
| MICHAEL GIANG, ) | |
| ) | Date: January 10, 2012 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Hon. John A. Mendez |

The parties jointly request that the status conference in this case be continued from November 8, 2011 to January 10, 2012 at 9:30 a.m. They stipulate that the time between November 8, 2011 and January 10, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into the account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the discovery provided by the government, to discuss that discovery with the defendant and prepare the case. The parties stipulate and agree that the interests

of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DATE: November 3, 2011 /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
MICHAEL GIANG

DATE: November 3, 2011 BENJAMIN B. WAGNER
United States Attorney

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATE: November 3, 2011
/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge