JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL GIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-CR-00037-JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| MICHAEL GIANG, | ) ) | |
| Defendant. | ) ) ) | Date: August 7, 2012 Time: 9:45 a.m. Hon. John A. Mendez |
| _____ | ) | |

The parties jointly request that the status conference in this case be continued from July 17, 2012 to **August 7, 2012 at 9:45 a.m.**  They stipulate that the time between July 17, 2012 and August 7, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into the account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel needs additional time to review and analyze documents provided by the government, to consult with the defendant, and to finalize a plea agreement with the government.  Moreover, defense counsel has oral argument in a Ninth Circuit appeal on July 17, 2012, at 9:00 a.m.  For these reasons, the parties stipulate and agree that the interests of justice served by granting

1  this continuance outweigh the best interests of the public and the defendant in a speedy

2  trial.  18 U.S.C. § 3161(h)(7)(A).

3                                          Respectfully submitted,

4

5  DATE: July 11, 2012              /s/ John Balazs
                                    JOHN BALAZS
6
                                    Attorney for Defendant
7                                   MICHAEL GIANG

8

9  DATE: July 11, 2012              BENJAMIN B. WAGNER
                                    United States Attorney
10

11                        By:   /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
12                                  Assistant U.S. Attorney

13

14
                                    **ORDER**
15
        IT IS SO ORDERED.
16
   DATE: 7/11/2012
17
                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
18                                  U.S. District Court Judge

19

20

21

22

23

24

25

26

27

28